United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 17-14666-elf
Jaclyn Rhoads                                                   Chapter 13
            Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: dlv          Page 1 of 2          Date Rcvd: Aug 09, 2017
                              Form ID: 309I       Total Noticed: 23
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2017.
db             +Jaclyn Rhoads,     301 Harrison Avenue,    Norwood, PA 19074-1611
13949191       +Citizens Bank,     1 Citizens Dr,    Riverside, RI 02915-3000
13950038       +PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
13949194       +Wells Fargo Pcu,    425 Phillips Blvd,    Ewing, NJ 08618-1430
13949203      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,     3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                (address filed with court: Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,
                Frederick, MD 21701)


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: john@erikjensenlaw.com Aug 10 2017 01:24:56       ERIK B. JENSEN,
                Erik B. Jensen, Esquire,     1528 Walnut Street,    Suite 1401,    Philadelphia, PA 19102
tr             +E-mail/Text: notice@ph13trustee.com Aug 10 2017 01:26:17       WILLIAM C. MILLER, Esq.,
                Chapter 13 Trustee,    1234 Market Street,     Suite 1813,    Philadelphia, PA 19107-3704
smg             E-mail/Text: bankruptcy@phila.gov Aug 10 2017 01:25:55       City of Philadelphia,
                City of Philadelphia Law Dept.,     Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 10 2017 01:25:21
                Pennsylvania Department of Revenue,     Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 10 2017 01:25:43       U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,     Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Aug 10 2017 01:25:32       United States Trustee,
                Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
13949189       +EDI: CHASE.COM Aug 10 2017 01:23:00       Chase Card,    P.o. Box 15298,
                Wilmington, DE 19850-5298
13949190       +EDI: CITICORP.COM Aug 10 2017 01:23:00       Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
13949192       +EDI: DISCOVER.COM Aug 10 2017 01:23:00       Discover Fin Svcs Llc,    Po Box 15316,
                Wilmington, DE 19850-5316
13949193       +EDI: CBSKOHLS.COM Aug 10 2017 01:23:00       Kohls/capone,    Po Box 3115,
                Milwaukee, WI 53201-3115
13949195       +EDI: SEARS.COM Aug 10 2017 01:23:00       Sears/cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
13949196       +EDI: RMSC.COM Aug 10 2017 01:23:00       Syncb/amazon,    Po Box 965015,    Orlando, FL 32896-5015
13949197       +EDI: RMSC.COM Aug 10 2017 01:23:00       Syncb/old Navy,    Po Box 965005,
                Orlando, FL 32896-5005
13949198       +EDI: RMSC.COM Aug 10 2017 01:23:00       Syncb/paypal Extras Mc,    Po Box 965005,
                Orlando, FL 32896-5005
13949199       +EDI: RMSC.COM Aug 10 2017 01:23:00       Syncb/toysrus,    Po Box 965005,    Orlando, FL 32896-5005
13949200       +EDI: CITICORP.COM Aug 10 2017 01:23:00       Thd/cbna,    Po Box 6497,
                Sioux Falls, SD 57117-6497
13949201       +E-mail/Text: bankruptcydepartment@tsico.com Aug 10 2017 01:26:12       Transworld System Inc/,
                500 Virginia Dr Ste 514,    Fort Washington, PA 19034-2707
13949202       +EDI: WFFC.COM Aug 10 2017 01:23:00       Wells Fargo Bank Nv Na,    Po Box 31557,
                Billings, MT 59107-1557
                                                                                        TOTAL: 18


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2017                                Signature:   /s/Joseph Speetjens

District/off: 0313-2          User: dlv              Page 2 of 2              Date Rcvd: Aug 09, 2017
                              Form ID: 309I          Total Noticed: 23

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2017 at the address(es) listed below:
        ERIK B. JENSEN    on behalf of Debtor Jaclyn  Rhoads john@erikjensenlaw.com,
  regina@erikjensenlaw.com;mjmecf@gmail.com;gilberto@erikjensenlaw.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    PHILADELPHIA FEDERAL CREDIT UNION
  bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                          TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Jaclyn Rhoads** | Social Security number or ITIN **xxx–xx–5123** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed for chapter  **13  7/10/17** |
| Case number:  **17–14666–elf** | | |

## Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

**12/15**

**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jaclyn Rhoads | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 301 Harrison Avenue Norwood, PA 19074 | |
| 4. | **Debtor's attorney** Name and address | ERIK B. JENSEN Erik B. Jensen, Esquire 1528 Walnut Street Suite 1401 Philadelphia, PA 19102 | Contact phone 215–546–4700 Email:  john@erikjensenlaw.com |
| 5. | **Bankruptcy trustee** Name and address | WILLIAM C. MILLER, Esq. Chapter 13 Trustee 1234 Market Street Suite 1813 Philadelphia, PA 19107 | Contact phone 215–627–1377 Email:  ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at  www.pacer.gov. | 900 Market Street Suite 400 Philadelphia, PA 19107 | Office Hours:  Philadelphia Office —– 8:30 A.M. to 5:00 P.M Reading Office —– 8:00 A.M. to 4:30 P.M.  Contact phone (215)408–2800 Date: 8/9/17 |

**For more information, see page 2**

Debtor **Jaclyn Rhoads**                                                                                    Case number **17–14666–elf**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 6, 2017 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Suite 18–341, 1234 Market Street, Philadelphia, PA 19107** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4).<br><br>**Deadline for all creditors to file a proof of claim (except governmental units):**<br><br>**Deadline for governmental units to file a proof of claim:** | **Filing deadline: 11/5/17**<br><br><br><br><br>**Filing deadline: 12/5/17**<br><br>**Filing deadline: 1/6/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | Filing deadline:   30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of 1430.00 per month for 60 months. The hearing on confirmation will be held on:<br>**10/10/17 at 10:00 AM, Location: Courtroom #1, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |