United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-14666-elf
Jaclyn Rhoads                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett       Page 1 of 2        Date Rcvd: Jan 17, 2018
                             Form ID: pdf900        Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2018.
db             +Jaclyn Rhoads,    301 Harrison Avenue,    Norwood, PA 19074-1611
14017751        CACH, LLC its successors and assigns as assignee,    of Wells Fargo Bank, N.A.,
                Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13999179        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
13949189       +Chase Card,    P.o. Box 15298,    Wilmington, DE 19850-5298
13949190       +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
13949191       +Citizens Bank,    1 Citizens Dr,    Riverside, RI 02915-3000
13949194       +Philadelphia Fcu,    425 Phillips Blvd,    Ewing, NJ 08618-1430
14024170       +Philadelphia Federal Credit Union,    c/o Cenlar FSB,    425 Phillips Boulevard,
                Ewing, NJ 08618-1430
13949195       +Sears/cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
13949200       +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13949203      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                Frederick, MD 21701)
13949202       +Wells Fargo Bank Nv Na,    Po Box 31557,    Billings, MT 59107-1557
13977596        Wells Fargo Bank, N.A.,    1 Home Campus  X2303-01A,    Des Moines, IA 50328-0001
14019353        Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,   1000 Blue Gentian Road,
                Eagan, MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Jan 18 2018 01:52:25    City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 18 2018 01:51:38
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 18 2018 01:52:19    U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2018 01:54:58    Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14037046        E-mail/Text: bankruptcy@phila.gov Jan 18 2018 01:52:25    City of Philadelphia,
                Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                Philadelphia, PA 19102-1595
13967369        E-mail/Text: mrdiscen@discover.com Jan 18 2018 01:51:20    Discover Bank,
                Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
13949192       +E-mail/Text: mrdiscen@discover.com Jan 18 2018 01:51:20    Discover Fin Svcs Llc,
                Po Box 15316,   Wilmington, DE 19850-5316
13949193       +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 18 2018 01:51:24    Kohls/capone,
                Po Box 3115,   Milwaukee, WI 53201-3115
14000546        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 18 2018 01:55:04
                LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14010076       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 18 2018 01:51:57    MIDLAND FUNDING LLC,
                PO Box 2011,   Warren, MI 48090-2011
13950038       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 18 2018 02:14:21
                PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
13949196       +E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2018 01:54:47    Syncb/amazon,   Po Box 965015,
                Orlando, FL 32896-5015
13949197       +E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2018 01:54:47    Syncb/old Navy,   Po Box 965005,
                Orlando, FL 32896-5005
13949198       +E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2018 01:55:10    Syncb/paypal Extras Mc,
                Po Box 965005,   Orlando, FL 32896-5005
13949199       +E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2018 01:54:47    Syncb/toysrus,   Po Box 965005,
                Orlando, FL 32896-5005
13949201       +E-mail/Text: bankruptcydepartment@tsico.com Jan 18 2018 01:52:52    Transworld System Inc/,
                500 Virginia Dr Ste 514,    Fort Washington, PA 19034-2707
                                                                                     TOTAL: 16


        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2            User: Antoinett          Page 2 of 2              Date Rcvd: Jan 17, 2018
                               Form ID: pdf900          Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2018 at the address(es) listed below:
          ERIK B. JENSEN   on behalf of Debtor Jaclyn  Rhoads akeem@jensenbagnatolaw.com,
           gilberto@jensenbagnatolaw.com;mjmecf@gmail.com
          JILL  MANUEL-COUGHLIN   on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
          MATTEO SAMUEL WEINER   on behalf of Creditor    PHILADELPHIA FEDERAL CREDIT UNION
           bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                   TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :          **Chapter 13**

    **JACLYN RHOADS,**          :

        Debtor(s)          :          **Bky. No.  17-14666  ELF**

## ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession  to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date:  **January 17, 2018**

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**